**COOLEY LLP**
Alexandra R. Mayhugh (State Bar No. 300446, *admission application pending*)
(amayhugh@cooley.com)
Sara Victoria M. Pitt (State Bar No. 317611)
(sporter@cooley.com)
355 S Grand Ave., Suite 900
Los Angeles, CA 90071-3105
Telephone:     (213) 561-3250
Facsimile:     (213) 561-3244

Attorneys for Defendant,
MFB FERTILITY, INC. D/B/A PROOV

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATASHA CRAWFORD, SUSAN COLBY, and CAITLYNN SAMUEL, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MFB FERTILITY, INC. D/B/A PROOV,<br><br>Defendant. | CASE NO. 2:25-cv-02850-WBS-SCR<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFFS' COMPLAINT; ORDER** |

Defendant MFB FERTILITY, INC. D/B/A PROOV ("Defendant") and Plaintiffs NATASHA CRAWFORD, SUSAN COLBY, and CAITLYNN SAMUEL, on behalf of themselves and all others similarly situated (collectively, "Plaintiffs" and together with Defendant, "the Parties"), by and through their counsel, hereby Stipulate as follows:

WHEREAS, on October 2, 2025, Plaintiffs filed their Complaint;

WHEREAS, on October 16, 2025, Defendant agreed to waive service of the Summons and Complaint;

WHEREAS, on December 8, 2025, the Parties filed a stipulation extending Defendant's time to respond to the Complaint by 28 days, up to and until January 5, 2026, to facilitate ongoing settlement negotiations;

WHEREAS, the Parties have reached an agreement in principle and require additional time to finalize a written agreement;

WHEREAS, to facilitate this effort and pursuant to Federal Rules of Civil Procedure Rule 6(b) and Local Rule 144(a), the Parties agree to extend Defendant's time to respond to Plaintiffs' Complaint by an additional thirty days.

NOW THEREFORE, based upon the foregoing, the Parties hereby stipulate and respectfully request that the Court order the following:

1. Defendant's response to the Complaint of Plaintiffs is due to be filed on or before February 4, 2026.

**IT IS HEREBY STIPULATED AND AGREED.**

DATED: January 5, 2026            COOLEY LLP

By: */s/ Sara Victoria M. Pitt*
SARA VICTORIA M. PITT
Attorneys for Defendant, MFB
FERTILITY, INC. D/B/A PROOV

1 | DATED: January 5, 2026 ALMEIDA LAW GROUP LLC

By: */s/ Matthew J. Langley*
MATTHEW J. LANGLEY
Attorneys for Plaintiffs

## ORDER

In accordance with the foregoing stipulation, **IT IS SO ORDERED:**

1. Defendant's response to the Complaint of Plaintiffs is due to be filed on or before **February 4, 2026**.

2. The Scheduling Conference is reset for **May 4, 2026 at 1:30 p.m.** A joint status report shall be filed no later than **April 20, 2026** in accordance with the Court's Order Re: Status (Pretrial Scheduling) Conference filed October 2, 2025 (Docket No. 3).

Dated: January 6, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE