Sonjay Singh (*pro hac vice*)
**SIRI & GLIMSTAD LLP**
400 East Pratt Street
8th Floor - #16946751
Baltimore, MD 21202
Tel: 646-829-1389
E: ssingh@sirillp.com

Matthew Langley (*pro hac vice*)
**ALMEIDA LAW GROUP PLLC**
849 W. Webster Ave.
Chicago, Illinois, 60614
Tel: 954-579-0027
E: matt@almeidalawgroup.com

*Attorneys for Plaintiffs,*
NATASHA CRAWFORD, SUSAN COLBY
and CAITLYNN SAMUEL

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATASHA CRAWFORD, SUSAN COLBY, and CAITLYNN SAMUEL, on behalf of themselves and all others similarly situated, | Case No. 2:25-cv-02850-WBS-SCR |
| Plaintiffs, | **NOTICE OF DISMISSAL AND ORDER** |
| v. | |
| MFB FERTILITY, INC. D/B/A PROOV, | |
| Defendant. | |

1

NOTICE OF DISMISSAL AND ORDER

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs Natasha Crawford, Susan Colby, and Caitlynn Samuel hereby dismiss their claims in the above-titled action against Defendant MFB Fertility, Inc d/b/a Proov **without prejudice**.

Dated: June 30, 2026

Respectfully Submitted,

*/s/ Sonjay C. Singh*
Sonjay C. Singh (*pro hac vice*)
**SIRI & GLIMSTAD LLP**
745 Fifth Avenue, Suite 500
New York, New York 10151
Tel: (212) 532-1091
E: ssingh@sirillp.com

Matthew Langley
**ALMEIDA LAW GROUP LLC**
849 W. Webster Ave.
Chicago, Illinois, 60614
Tel.: (954) 579-0027
E: matt@almeidalawgroup.com

**ORDER**

Pursuant to Plaintiffs Natasha Crawford, Susan Colby, and Caitlynn Samuel's Notice of Dismissal under Fed. R. Civ. P. 41(a)(1)(A)(i), this action is hereby dismissed without prejudice.

**IT IS SO ORDERED.**

Dated:  June 30, 2026

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2

NOTICE OF DISMISSAL AND ORDER